UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------------X

METROPOLITAN PROPERTY AND CASUALTY
INSURANCE COMPANY,

                     **Plaintiff,**                         20-CV-01890 (ER)(SN)

   -against-                                    **ORDER**

**BROAN, et al.,**

                     **Defendants.**

-----------------------------------------------------------------X

**SARAH NETBURN, United States Magistrate Judge**:

     On July 15, 2022, the Honorable Edgardo Ramos assigned this matter to my docket for settlement. By July 26, 2022, the parties are directed to email Courtroom Deputy Rachel Slusher at Rachel_Slusher@nysd.uscourts.gov with three mutually convenient dates to schedule a settlement conference. Due to the Court's busy calendar, settlement conferences must generally be scheduled at least four to six weeks in advance. The Court will likely be unable to accommodate last-minute requests for settlement conferences.

**SO ORDERED.**

                                                        SARAH NETBURN
                                                        United States Magistrate Judge

DATED:    July 19, 2022
                New York, New York