USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 9/6/2022

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------------X

METROPOLITAN PROPERTY AND CASUALTY
INSURANCE COMPANY,

                            **Plaintiff,**                      20-CV-01890 (ER)(SN)

      **-against-**                            **ORDER**

**BROAN, et al.,**

                           **Defendants.**

-----------------------------------------------------------------X

**SARAH NETBURN, United States Magistrate Judge:**

      The settlement conference currently scheduled for Monday, October 3, 2022, at 10:00 a.m., will be held telephonically. The Court will provide dial-in information by email before the conference.

**SO ORDERED.**

                                                   _____
                                                   SARAH NETBURN
                                                   United States Magistrate Judge

DATED:     September 6, 2022
                New York, New York