UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

METROPOLITAN PROPERTY AND
CASUALTY INSURANCE COMPANY,

                 Plaintiff,

-against-

BROAN, et al.,

                 Defendants.

1:20-cv-01890 (JLR)

**ORDER**

JENNIFER L. ROCHON, United States District Judge:

    WHEREAS the parties submitted a joint letter on October 11, 2022. ECF No 40.

    WHEREAS a settlement conference was scheduled for October 3, 2022 but was adjourned after one hour because Defendant Johnson Electric failed to attend. ECF No. 38.

    WHEREAS a settlement conference with all parties is scheduled to take place before Magistrate Judge Netburn on November 10, 2022, and Plaintiff and Defendant Broan have reached a settlement agreement in principle. ECF Nos. 38-39.

    IT IS HEREBY ORDERED that the parties shall, by **November 17, 2022**, file a joint letter to the Court on the status of settlement discussions and, if no settlement agreement is reached by that time, addressing all information requested in the Court's September 27, 2022 Order. *See* ECF No. 37.

Dated: October 12, 2022
       New York, New York

                                          SO ORDERED.

                                          *Jennifer Rochon*
                                          JENNIFER L. ROCHON
                                          United States District Judge